UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------------------x

APRIL TAFT,                                                              Civil Action No:
                                                                         3:17-cv-01748-JAM

                        Plaintiff,

    -v.-

EQUIFAX INFORMATION SERVICES, LLC and
DIVERSIFIED CONSULTANTS, INC.,

                        Defendants.
---------------------------------------------------------------------------x

**NOTICE OF SETTLEMENT
AS TO ALL PARTIES**

    Notice is hereby given that the parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

DATED, this 30th day of July, 2018

                                                */s/Yaakov Saks*
                                       Yaakov Saks, Esq.
                                       **STEIN SAKS, PLLC**
                                       285 Passaic Street
                                       Hackensack, NJ 07601
                                       Phone: 201-282-6500
                                       Fax: 201-282-6501
                                       ysaks@steinsakslegal.com
                                       *Attorney for Plaintiff April Taft*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on July 30, 2018 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                    */s/ Yaakov Saks*
                                    Yaakov Saks, Esq.